

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 11  PM 4: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONNIE LEE SPARKS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-214** |
| **GREG CHAMPAGNE (SHERIFF), ET AL.** | **SECTION: "D"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Partial Report and Recommendation filed by the plaintiff on March 20, 2007, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims that he has been denied adequate access to a law library and incentive wages are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this 10th day of April, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep
___ Doc. No