UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| RONNIE LEE SPARKS | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO: 07-0214 |
| SHERIFF GREG CHAMPAGNE, ET AL | * | SECTION: "D"(1) |

### ORDER AND REASONS

Before the court is the "**Motion for Summary Judgment**" (**Doc. No. 50)** filed by Defendants, Sheriff Greg Champagne, Warden John Nowak and Assistant Warden Robert Dale. ***No memorandum in opposition was filed***. The motion, set for hearing on Wednesday, April 22, 2009, is before the court on Defendants' brief, without oral argument.

Now, having considered the memorandum of Defendants' counsel, the un-controverted Affidavit of Robert Dale (the assistant warden of the Nelson Coleman Correctional Center), the record, and the applicable law, the court finds that there is no genuine issue of material fact and Defendants are entitled to summary judgment as a matter of law, dismissing the remaining claims of Plaintiff, Ronnie Lee Sparks, that while incarcerated he was denied the right to

practice his religion.[1]

New Orleans, Louisiana, this **22nd** day of **April**, **2009**.

						_____
							A.J. McNAMARA
					UNITED STATES DISTRICT JUDGE

---

[1] This court previously issued an Order adopting the Partial Report and Recommendation of the Magistrate Judge, who after conducting a *Spears* hearing, recommended dismissal of Plaintiff's claims that he was denied adequate access to a law library and incentive wages while he was a state prisoner. (*See* Order, Doc. No. 10 & Magistrate Judge's Partial Report and Recommendation, Doc. No. 7).

	The Magistrate Judge did not address the merits of Plaintiff's religious discrimination claims, but she clarified that (based on Plaintiff's testimony at the *Spears* hearing) Plaintiff's religious discrimination claims were based on Plaintiff's allegations that he is a Muslim and while incarcerated: he was not allowed to participate in Jumu'ah and other prayer services; and (2) he was denied a pork-free diet. (*See* Partial Report and Recommendation, Doc. No. 7 at p. 2).

	The court further notes that when Plaintiff filed this suit, he was a state prisoner, but he is now out of jail.